COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| LILLI M. HEINRICH, | § | |
| Appellant/Cross-Appellee, | § | |
| | | No. 08-15-00328-CV |
| v. | § | |
| | | Appeal from the |
| MICHAEL V. CALDERAZZO, MARK | § | |
| AUSTIN, STANLEY HAYS, TYLER | | County Court at Law No. 3 |
| GROSSMAN, RALPH JOHNSON, | § | |
| JERRY VILLANUEVA, WILLIAM F. | | of El Paso County, Texas |
| STUDER, TERRI GARCIA, DR. | § | |
| ROBERT D. TOLLEN, JOHN DAVIS III, | | (TC# 2004-2313) |
| et al., | § | |
| Appellees/Cross-Appellants. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees/Cross-Appellants recover from Appellant/Cross-Appellee and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.